**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **ASH ABRAHAM** | § | |
| | § | |
| **v.** | § | **Case No. 3:23-cv-2459-S** |
| | § | |
| **FREDRICKUS DASHUN WATSON** | § | **JURY** |
| **and ROYAL TRUCKING COMPANY** | § | |

**JOINT STIPULATION OF DISMISSAL**

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

Plaintiff Ash Abraham and Defendants Fredrickus Watson and Royal Trucking Company (collectively, the "Parties") file this Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and inform the Court as follows:

The Parties have reached an agreement regarding all pending claims in this lawsuit. Accordingly, Plaintiff moves to dismiss his claims against Defendants with prejudice. Defendants agree to this dismissal.

Respectfully submitted,

_/s/ Charles A. Bennett_
Charles A. Bennett
State Bar No. 24086454
cbennett@bennettlegal.com

Charles Bennett Law, PLLC
12770 Coit Road, Ste. 720
Dallas, TX 75251
(972) 972-4969
(469) 754-0088 (facsimile)

**ATTORNEY FOR PLAINTIFF**

_/s/ Jeffrey R. Ross_
Jeffrey R. Ross
State Bar No. 24041823
jeffross@steedlawfirm.com

STEED DUNNILL REYNOLDS BAILEY STEPHENSON LLP
1717 Main Street, Suite 2950
Dallas, TX 75201
(469) 698-4200
(469) 698-4201 (facsimile)

**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I do hereby certify that on June 23, 2025, a true and correct copy of the above and foregoing document has been forwarded electronically to all counsel of record through CM/ECF.

_/s/ Jeffrey R. Ross_

Jeffrey R. Ross

**Joint Stipulation of Dismissal – Page 2**